■ MARIO CACCHIONE v. WESTCHESTER COUNTRY CLUB et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 3, 1962, with notice of argument for the May 1962 Term of this court, said appeal to be argued or submitted when reached. Concur— McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. PAUL NAVARRO, Also Known as RAYMOND HUARNECK.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur— McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ C. JOSHUA GROSSMAN et al. v. 201 EAST 34TH STREET CORPORATION et al.— Motion to dismiss appeal granted, with $10 costs. Concur— Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ JOHN DI GUARDIA v. FRANK D'AMBROSIO.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 3, 1962, with notice of argument for the May 1962 Term of this court, said appeal to be argued or submitted when reached. This disposition, however, is without prejudice to a renewal of the motion to dismiss the order of November 25, 1959 on the argument of the appeal. Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 3, 1962, with notice of argument for the May 1962 Term of this court, said appeal to be argued or submitted when reached. Concur— Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ In the Matter of FRANK SCARINGE v. MUNICIPAL CIVIL SERVICE COM-MISSION.— Motion for leave to prosecute as a poor person denied with leave to renew on papers adequately describing the nature of the proceeding, showing the jurisdiction of this court to grant the relief requested, and upon an affidavit of merits. Concur— Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ FANNIE SARETSKY, as Executrix of MAX SARETSKY, Deceased, v. TRINITY COOPERATIVE APARTMENTS, INC., et al.— Motion for an extension of time granted insofar as to extend the time for defendant-appellant to serve its answer to 10 days after service upon its attorney of a copy of the order of this court determining said appeal, with notice of entry thereof, on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before March 8, 1962, with notice of argument for March 20, 1962, said appeal to be argued or submitted when reached. Concur— Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ In the Matter of MORTON MILLER v. MAURICE WALLER et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before April 5, 1962, with notice of argument for April 17, 1962, said appeal to be argued or submitted when reached. Motion for leave to dispense with printing granted insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellants' points, upon condition that the appellants serve one copy of the typewritten or mimeographed appellants' points on the attorney for the respondent and file 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellants' points with this court on or before April 5, 1962, with notice of argument for April 17, 1962, said appeal to be argued or submitted when reached. Concur— Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.